FORCHEIMER & CO., APPELLANTS, VS. LAWRENCE G. MAYO, APPELLEE.

Where a question of fact is determined and settled by a jury, upon con- flicting evidence, and there is no charge or suggestion of undue influ- ence upon, or improper motives affecting the jury, this court will not reverse the finding.

Appeal from the Circuit Court for Santa Rosa county.

There is a sufficient statement of the facts in the opinion of the court.

*G. G. McWhorter* for Appellants.

*C. C. Yonge* for Appellee.

MR. JUSTICE VAN VALKENBURGH delivered the opinion of the court.

This was an action of replevin, brought by Forcheimer & Co. against Mayo, to recover 222 pine saw logs. The cause was tried before a jury, and the verdict was for the de- fendant.

Plaintiffs moved for new trial, upon the ground that the verdict was contrary to the evidence and the law. This motion was denied, and judgment against the plaintiffs for costs was awarded. From this judgment the plaintiffs bring their appeal.

No exceptions to the rulings of the court on the trial, or to the charge to the jury were noted. It was a question of fact as to which of the parties were owners of the property. The evidence was conflicting, and the jury have determined the question. There is no suggestion of undue influence upon, or improper motives influencing the jury.

Upon the same principles and rules which control the de- cision in the case of Mayo, appellant, against Forcheimer

& Co., appellees, decided at this term, this judgment must be affirmed.